■ In the Matter of JOSEPH MANDIA et al., Appellants, v COUNTY OF WESTCHESTER et al., Respondents.—Order, Supreme Court, Westchester County (Lucille Polk Buell, J.), entered on or about September 29, 1988, which denied petitioners' application to file a late notice of claim, unanimously affirmed, without costs.

The IAS court properly exercised its discretion in denying petitioners' application to file a late notice of claim on the grounds that respondent Westchester County Medical Center (the Hospital) would be prejudiced in its defense on the malpractice claim by petitioners' eight-month delay in serving notice of the claim. *(see,* General Municipal Law § 50-e [1] [a].)

Petitioners failed to submit a medical affidavit by a physician or otherwise to substantiate their claim that the delay in service was due to physical incapacity *(see, Fox v City of New York,* 91 AD2d 624, 625). Additionally, the incident report prepared by the Hospital's staff was devoid of any fact(s) which could be construed as providing the Hospital with actual knowledge of a potential malpractice claim *(see,* General Municipal Law § 50-e [5]). Concur—Murphy, P. J., Carro, Milonas, Asch and Kassal, JJ.